IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LCS RESTORATION SERVICES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 1:22-00280-KD-B ) |
| HUDSON INSURANCE COMPANY, et al.; | ) ) ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on the parties' Notice of Settlement (Doc. 36). The parties report that they have reached a settlement regarding all claims and are in the process of finalizing the settlement agreement.

Upon consideration, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 16th day of **June 2023**.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**